**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Order Inn, Inc., | ) | No. CV 05-3988-PHX-SMM |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| Room Service USA, Inc., | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' joint Motion for the Court to enter a Final Consent Judgment and Order of Permanent Injunction (the "Joint Motion"). (Dkt. 17.) The parties also request that this action be dismissed with prejudice. See Dkt. 17 at 2. After consideration of the parties' Joint Motion,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Motion and stipulation for dismissal with prejudice (Dkt. 17). This action is dismissed with prejudice, each party to bear its own costs and attorneys' fees, except that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Final Consent Judgment and Order of Permanent Injunction.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**. See Dkts. 12 (motion to strike) and 15 (Rule 16 hearing).

DATED this 23rd day of March, 2006.

_Stephen M. McNamee_
Stephen M. McNamee
Chief United States District Judge