**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Order Inn, Inc., | ) No. CV 05-3988-PHX-SMM |
| Plaintiff, | ) **FINAL CONSENT JUDGMENT AND ORDER OF PERMANENT INJUNCTION** |
| vs. | ) |
| Room Service USA, Inc., | ) |
| Defendants. | ) |

Upon the consent of PLAINTIFF, ORDER INN, INC. ("Order Inn"), and DEFENDANT, ROOM SERVICE USA, INC. ("RSU"), in the above-captioned case, the Court being advised by both parties in the premises, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Court has jurisdiction over the parties, and the subject matter of this action.

2. Plaintiff Order Inn, a Nevada corporation, having its principal place of business at 4330 South Valley View Blvd., Suite 134, Las Vegas, Nevada 89103, is the owner of United States Service Mark Registration No. 2,801,951, registered on January 6, 2004, for the distinctive "ORDER INN" service mark for food delivery and brokering services provided to hotel guests, businesses and residents. Order Inn's U.S. service mark registration listed above is valid, subsisting, unrevoked, and uncancelled. Order Inn has the exclusive right to use this Service Mark Registration in commerce.

/ / /

/ / /

1      3.    Order Inn has been using the "ORDER INN" name in association with promotion and business activity for its services since at least November of 2000.

    4.    Defendant RSU, a California corporation having its corporate address at 12450 Erin Drive, Auburn, California 95603, and having its principal place of business at 1600 Sacramento Inn Way, #209, Sacramento, California 95815, acknowledges Order Inn's ownership of United States Service Mark Registration No. 2,801,951 for "ORDER INN."

    5.    Order Inn brought this action against RSU alleging that (1) RSU committed acts of infringement of U.S. Service Mark Registration No. 2,801,951 ("Registration" or "registered service mark"), under the laws of the United States, as provided under Title 15, United States Code, Section 1114; (2) RSU committed acts of unfair competition, under the laws of the United States, as provided under Title 15, United States Code, Section 1125(a); and (3) RSU committed acts of consumer fraud under the laws of the State of Arizona, as provided under A.R.S. § 44-1521 et seq.

    6.    RSU denies wrongdoing or liability relating to any of Order Inn's allegations in paragraph 5 above. Order Inn disagrees with this denial. However, this Consent Judgment does not acknowledge or support the merits of either position.

    7.    RSU and Order Inn are competitors in Arizona and elsewhere in the business of placing menus in limited service hotels, for hotel guests to use to order food, and to receive a portion of the revenue from each of the orders placed by such hotel guests. RSU and Order Inn are also competitors in arranging for restaurants to fill the orders placed by such hotel guests. Subject to all applicable laws, nothing in this Consent Judgment shall be construed to mean that Order Inn and RSU shall not be permitted to fairly compete in Arizona and elsewhere.

/ / /

/ / /

/ / /

/ / /

- 2 -

8. On and after February 24, 2006, RSU, its officers, employees, agents, and all persons in active concert and/or participation with it, are permanently enjoined and restrained from:

  (a) Using any mark identical or confusingly similar to Order Inn's "Order Inn" service mark, or any colorable imitations thereof, or any words or representations confusingly similar thereto in connection with the advertising, offering for sale and/or sale of services;

  (b) Otherwise infringing Order Inn's "Order Inn" service mark and Registration;

  (c) Causing any misunderstanding as to source, sponsorship, approval, or certification with Order Inn in connection with at least RSU's efforts to have hotels place RSU's menus in hotel rooms, and/or in connection with RSU contracting or engaging restaurants for the delivery of food, and/or otherwise unfairly competing with Order Inn;

  (d) Performing any deceptive act or practice, using any false pretense, making any misrepresentation, or concealing, suppressing, or omitting any material fact in connection with the promotion of RSU's services, in connection with at least RSU's efforts to have hotels place RSU's menus in hotel rooms, and/or in connection with RSU contracting or engaging restaurants for the delivery of food, in relation to Order Inn's services, but only for any of RSU's actions which occur in or are connected to the State of Arizona.

9. In the event that Order Inn believes RSU has violated this Consent Judgment, Order Inn shall give RSU written notice explaining the alleged violation utilizing information within Order Inn's possession. Said written notice shall be made to:

Room Service USA, Inc.

Attention: Darren McAdams

1600 Sacramento Inn Way, Suite 209

Sacramento, CA 95815

Fax: 916-649-3689

and to:

S. Ross Kochenderfer, Jr.

Law Offices of Ross Kochenderfer, P.C.

12210 Herdal Drive, Suite 11, Auburn, CA 95603

Fax: 530-823-0450

RSU shall have thirty (30) days from the date of notice, to investigate such violation, cure such alleged violation, and undo and remedy the effects of the same, if any, or deny that a violation has occurred.

10.  Each party waives all claims for costs and bear their own attorneys fees incurred in this action.

11.  This action is dismissed with prejudice, except that this Court shall retain jurisdiction over this matter for the purpose of enforcing the Final Consent Judgment and Order of Permanent Injunction.

This Order and the Court's Order of dismissal entered this same date terminate all proceedings in this action.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2006.

_____
Stephen M. McNamee
Chief United States District Judge